In the Matter of the Claim of MADELINE WALL, Respondent, against R. H. MACY & Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Mrs. GERTRUDE L. BACON, Respondent, against HUDSON VALLEY FUEL CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant-respondent against the appellants. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MARY VAN HERPE, Respondent, against ROMAN CATHOLIC HOME OF THE GOOD SHEPHERD OR CONVENT OF THE GOOD SHEPHERD, Employer, and COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of MICHAEL DUNNE, Respondent, against THE CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JAMES E. LANGLEY, Respondent, against W. E. HENNESSEY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Petitioner, Appellant, for an Alternative Prohibition Order against MILO R. MALTBIE and Others, Constituting The Public Service Commission of the State of New York, and JAMAICA WATER SUPPLY COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the Jamaica Water Supply Company against the appellant. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE CITY OF NEW YORK, Appellant, v. MILO R. MALTBIE and Others, Constituting The Public Service Commission of the State of New York, and JAMAICA WATER SUPPLY COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the Jamaica Water Supply Company against the appellant. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

WILLIAM H. HAWS CLAY PRODUCTS COMPANY, Respondent, v. EDWARD D. SMITH and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

WILLIAM KRIEGER, Respondent, v. SULLIVAN COUNTY OIL COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.